**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____
**EMAJIN BELGROVE,**

                **Plaintiff,**　　　　　　　1:16-cv-346
　　　　　　　　　　　　　　　　　　　　　　(GLS/ATB)
       **v.**

**THE COUNTY OF ALBANY** *et al.*,

                **Defendants.**
_____
**APPEARANCES:**　　　　　　　　　　**OF COUNSEL:**

**FOR THE PLAINTIFF:**

EMAJIN BELGROVE
Plaintiff, *pro se*
214 50th Ave.
Apt. PH 05 West
Long Island City, New York 11101

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on August 10, 2016. (Dkt. No. 9.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 9) is **ADOPTED** in its entirety; and it is further

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE based upon Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b), for plaintiff's failure to show good cause for his failure to serve the complaint or to comply or respond to the court's orders; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

September 7, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge